IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | MDL Docket No. 4:03-cv-1507 WRW |
| | § | |
| PREMPRO PRODUCTS LIABILITY | § | |
| LITIGATION | § | |

## ORDER

The Court recently issued orders dropping Plaintiffs in the multi-plaintiff cases identified in Exhibit A to this Order. The severance orders allowed the severed plaintiffs 30 days to re-file their complaints. Additionally, for the application of statutes of limitations, laches, or other time-bar laws, the new complaints would be deemed to relate back to the date that the original, multi-plaintiff complaints were filed.

Some plaintiffs filing new lawsuits named Wyeth, Inc., the Wyeth entity they named before. Wyeth has indicated that Wyeth, Inc. no longer exists but that a new entity, Wyeth LLC exists. Based on the agreement of the parties at the March 19, 2010, Status Conference, the severance orders in the cases listed in Exhibit A are modified as follows: Any dropped plaintiffs in the cases identified in Exhibit A who filed lawsuits in compliance with the order dropping plaintiffs may, within 30 days of the date of this Order, file amended complaints, or motions for leave to file amended complaints, to modify the newly filed complaints solely to add Wyeth LLC as a defendant. The filing date of such amended complaints will be deemed to relate back to the date that the original, multi-plaintiff complaints were filed for the application of statutes of limitations, laches, or other time-bar laws.

IT IS SO ORDERED this 29th day of March, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

*Barnes, et al. v. Wyeth, et al.*, 4:03-cv-00710-WRW

*Bryant, et al. v. Wyeth Inc, et al.*, 4:03-cv-00714-WRW

*Amador, et al. v. Wyeth, et al.*, 4:03-cv-00908-WRW

*Wolf, et al. v. Wyeth Inc, et al.*, 4:04-cv-00019-WRW

*Michael, et al. v. Wyeth Pharmaceutical, et al.*, 4:04-cv-00761-WRW

*Hall, et al. v. Wyeth Inc, et al.*, 4:04-cv-01032-WRW

*Aitchison, et al. v. Wyeth Inc, et al.*, 4:04-cv-01124-WRW

*Stephenson, et al. v. Wyeth, et al.*, 4:04-cv-01206-WRW

*Barlow, et al. v. Wyeth, et al.*, 4:04-cv-01448-WRW

*Andrus, et al. v. Wyeth Inc, et al.*, 4:04-cv-00731-WRW

*Bauman, et al. v. Wyeth Inc, et al.*, 4:04-cv-02298-WRW

*Kelley, et al. v. Wyeth Inc, et al.*, 4:04-cv-01314-WRW

*Aragon, et al. v. Wyeth Inc, et al.*, 4:04-cv-01035-WRW

*Caldwell, et al. v. Wyeth Pharmaceutical, et al.*, 4:04-cv-00982-WRW